1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13 NORTHWEST ADMINISTRATORS, INC.,)        No. C 09 4545 SBA
                                  )
14              Plaintiff,         )
                                  )       JUDGMENT PURSUANT TO
15                                )       STIPULATION FOR JUDGMENT
                                  )       AND REFERENCE TO A
16                                )       MAGISTRATE JUDGE
           vs.                     )
17                                )
                                  )
18 CURTIN AIR FREIGHT, a California )
   corporation,                    )
19                                )
                Defendant.         )
20                                )
   _____)
21

22       It appearing that Plaintiffs NORTHWEST ADMINISTRATORS, INC., the

23 administrators of the Western Conference of Teamster Pension Trust Fund, and

24 defendant, CURTIN AIR FREIGHT, a California corporation, have stipulated that

25 Plaintiffs have and recover judgment from Defendants and it appearing that the

26 Stipulation is in all respects proper and that the stipulation provides for judgment against

27 defendant in the amount of $44,327.83,

28
   JUDGMENT PURSUANT TO STIPULATION FOR JUDGMENT AND REFERENCE TO A
   MAGISTRATE JUDGE
                                    1

IS HEREBY ORDERED AND ADJUDGED that plaintiff, NORTHWEST ADMINISTRATORS, INC., the administrators of the Western Conference of Teamsters Pension Trust Fund, and defendant, CURTIN AIR FREIGHT INC., a California corporation, in the amount of $ 44,327.83, which amount is composed of the following:

    1.  Contributions for the period June 2009 through August 2009 in the amount of $36,298.86.

    2.  Liquidated damages due and unpaid to the Western Conference of Teamsters Pension Trust Fund for the months of June 2009 through August 2009 on Pension Account Number 301540 in the total amount of $ 7,259.97;

    3.  Interest due pursuant to contract in the amount of $ 319.20;

    4.  Costs of suit incurred in this action in the amount of $ 450.00.

IT IS FURTHER ORDERED AND ADJUDGED that execution will not issue on the judgment so long as defendant fully complies with the following conditions:

    1.  Defendant shall pay the amount of the judgment in eighteen (18) equal monthly installments of $2,462.65, commencing on January 25, 2010 and continuing on the twenty fifth (25th) day of each of the eighteen (18) months until the full amount of the judgment is paid.  Each of said payments will be made by check payable to the Western Conference of Teamsters Pension Trust Fund and should be sent to ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, CA  94104, attention Sharon Eastman.

    2.  Defendant shall pay current pension contributions on time while installment payments are being made, for any periods in which defendant has covered employees.

IT IS FURTHER ORDERED AND ADJUDGED that upon the failure of defendant to make any of the payments in a timely manner as required above, judgment will be entered only after 10 days written  notice to defendant and defendants counsel of a default in payments.  If the default is not cured plaintiffs attorney may file a declaration

1  by plaintiff or by plaintiff's attorneys stating that a default has occurred on the part of
2  defendant and requesting the appointment of a magistrate judge to hold a hearing in the
3  event of a dispute over the payment plan.

5  Dated: 3/8/10

6  By: *Saundra B Armstrong*
7  Honorable Saundra B. Armstrong

JUDGMENT PURSUANT TO STIPULATION FOR JUDGMENT AND REFERENCE TO A MAGISTRATE JUDGE

3